# STATE OF LOUISIANA
# COURT OF APPEAL, THIRD CIRCUIT

## 19-666

## MARTIN BAACK AND BRENDA BAACK

## VERSUS

## MICHAEL MCINTOSH, ET AL.

**********

## APPEAL FROM THE
## TENTH JUDICIAL DISTRICT COURT
## PARISH OF NATCHITOCHES, NO. 87,843 A
## HONORABLE DESIREE DUHON DYESS, DISTRICT JUDGE

**********

## VAN H. KYZAR
## JUDGE

**********

Court composed of Ulysses Gene Thibodeaux, Chief Judge, Van H. Kyzar, and Jonathan W. Perry, Judges.

**REVERSED.**

**Dorwan G. Vizzier**
**Broussard, Halcomb & Vizzier**
**P. O. Box 11875**
**Alexandria, LA 71315**
**(318) 487-4589**
**COUNSEL FOR PLAINTIFFS/APPELLANTS:**
    **Martin Baack, Individually and on Behalf of Estate of Allissah Baack**
    **Brenda Baack, Individually and on Behalf of Estate of Allissah Baack**

**Jack E. Truitt**
**The Truitt Law Firm**
**149 North New Hampshire Street**
**Covington, LA 70433**
**(985) 327-5266**
**COUNSEL FOR DEFENDANT/APPELLEE:**
    **Zurich American Insurance Company**

**KYZAR, Judge.**

The plaintiffs, Martin and Brenda Baack, individually and on behalf of their minor child, Allissah Baack, appeal from a trial court judgment assessing them with $15,606.05 in court costs after a jury verdict found that an insurance policy issued by the defendant, Zurich American Insurance Company, did not provide uninsured/underinsured motorist coverage for injuries Mr. Baack suffered in an automobile accident. For the reasons stated this day in *Baack v. McIntosh*, 19-657 (La.App. 3 Cir. 7/_/20), _ So.3d _, the judgment of the trial court is reversed.

**REVERSED.**